# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

MARIA DEL PILAR POSE BEIRO

Write the full name of each plaintiff.

**19 CV 9189**

_____CV_____

(Include case number if one has been assigned)

-against-

CFA INSTITUTE

292 Madison Avenue

New York, NY 10017

292 Madison Ave

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

## COMPLAINT

Do you want a jury trial?
☑ Yes    ☐ No



RECEIVED
OCT 04 2019
PRO SE OFFICE

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐   Federal Question

☑   Diversity of Citizenship

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, ___Maria del Pilar, Pose Beiro_____, is a citizen of the State of
                   (Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

Spain_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                    (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, **Cfa Institute** _____, is incorporated under the laws of

the State of **New York** _____

and has its principal place of business in the State of **New York** _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

| Maria del Pilar | | Pose Beiro | |
|---|---|---|---|
| First Name | Middle Initial | Last Name | |

| Calle Ibiza 68, 6c | | | |
|---|---|---|---|
| Street Address | | | |

| Madrid | | Spain | 28009 |
|---|---|---|---|
| County, City | | State | Zip Code |

| Calle Ibiza 68, 6c | pb73266@gmail.com |
|---|---|
| Telephone Number | Email Address (if available) |

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    CFA Institute (corporation)
_____
First Name                    Last Name
Legal and Counsel Department
_____
Current Job Title (or other identifying information)
292 Madison Avenue
_____
Current Work Address (or other address where defendant may be served)
New York                    New York              10017
_____
County, City                  State                Zip Code

Defendant 2:
_____
First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                  State                Zip Code

Defendant 3:
_____
First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                  State                Zip Code

Defendant 4:

First Name                     Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                    State              Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:   Breach of contract signed and received by email.

Date(s) of occurrence:   08/04/2017 and 06/21/2018

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

PLEASE SEE ADDITIONAL PAGES

Page 5

## PRO SE UNIT – COMPLAINT

## STATEMENT OF JURISDICTION The district court and this Court have subject matter jurisdiction over this case and also over the CFA Institute located in New York City

## III. STATEMENT OF CLAIM

### 1- FACTS

Me, the plaintiff confirms that the amount in controversy is $80000 in compensatory damages and $160000 in punitive damages, not counting interest and costs of court.

My complaint sets forth 3 causes of action: breach of contract, punitive damages for breach of contract and breach of contract accompanied by willful tort.

Below, I will explain in full what happened between both parties before me and the CFA Institute signed a written agreement on the 21st June 2018, which I allege they have breached alongside other allegations. The below will help to understand the situation.

In August 2016 I enrolled in the CFA Program and I signed a CFA Candidate Agreement.

In June 2017 I did the exam, CFA Level 2 held by the CFA Institute.

From 03rd June 2017, date that I did the exam until August, I complained to the Customer Services team due to different reasons (very poor facilities provided in the exam, results provided to me with 1-week delay, Customer Service team replying to my emails with 1-month delay...)
In August 2017 the results were announced and I failed the exam.

Since then, I feel that CFA Institute engaged in tortuous acts against me to make me feel intimidated.

Below are sufficient details to identify factual inaccuracies of the unethical behavior by the CFA Institute.

> 1- **On 4th August 2017, I received a phone call from Mr. Kaiser, Global Contact Center, Manager from the Cfa Institute.**

Mr. Kaiser, presented himself as a Client Service Representative. He called me to resolve some of the inconvenience that Cfa Institute had caused me. He asked me how I wanted to resolve the matter; first I asked for an exam fee refund that was rejected by him; then I asked for a change of mark of my exam to "a pass".

1st Agreement (verbally). Mr. Kaiser then said that he would be able to help me and offered me a retabulation. I knew what a retabulation was and suggested that this was not enough, I wanted a regrade. Mr. Kaiser agreed to get me a regrade of my exam to a pass if I stopped complaining, I agree and he agreed to call me back on the 7th August to confirm completion.
I have the full telephone conversation recorded to prove this verbal agreement between both parties.

1

As you can see in the email, Geoff Macdonald, Legal Counsel, said that my allegations were false without even confirming with Mr. Jason Kaiser that what I was saying was true. Both of them work for the same company in the same office and Mr. Geoff Macdonald should have asked Mr. Kaiser, not me, this information.

If you read below, he also prohibits me to contact other CFA employees, including Mr. Kaiser, hence not giving me the chance to defend myself.

Mr. Macdonald added another inconsistency on the 4th August 2017:

*"However, since you claim to have engaged legal counsel, all further communications regarding your examination experience must now be directed to me and to my colleague, Lisa Sharp (lisa.sharp@cfainstitute.org). Until further notice, neither Mr. Kaiser nor any of the other CFA Institute employees included on your several emails will be contacting you further regarding this matter. You should refrain from contacting CFA Institute employees further regarding this matter."*

However, on the 13th October 2017, Lisa Sharp, Legal Counsel, sent an email saying *"There is no disagreement that Mr. Kaiser should have called you back on the 7th August"*.

Mr. Kaiser was directed by the CFA Institute to not call me back because he was not addressed to attend legal claims. But in fact, Mr. Jason Kaiser already knew that I was planning to take Legal action before he called. In fact, a few hours before his phone call, I sent an email warning of this. I had not engaged in Legal Counsel yet when I was contacted by Jason Kaiser, I was only warning them.

I had paid a service fee to the CFA Institute to contact the Customer Service if I had an enquiry. Prohibiting me to contact any CFA´s employees under these circumstances was totally wrong.

After receiving the email from Mr. Geoff Macdonald, Legal Counsel, I felt that he was trying to intimidate me and he wanted to damage my reputation saying that I was telling false statements.

### 2-   Investigation opened on the 1st September 2017 by the Professional Conduct.

On 23rd August 2017 I sent an email to Mr. Kaiser, Global Contact Center Manager, and Lisa Sharp, Legal Counsel, where I said:

*"I still expect a satisfactory response asap to resolve the issue before going to Court. I am planning to bring this case to the Small Claims Court **by 1st September** to start with if we don't reach an agreement for misleading information provided by yourself and the CFA ".* (This was referring to Mr. Jason Kaiser phone call on the 4th August where he promised to call me back on the 7th August to confirm my regrade.)

On 24th August, Lisa Sharp, Legal Counsel, replied:

*"CFA Institute is considering your conduct holistically before providing its next response. It is also the end of summer and many employees are on vacation. I ask for your reasonable patience. "*

However, what I received **on the 1st September** was an email from Roy Via and Jeff Stith, Investigators at the Professional Conduct department, opening an investigation for Misrepresentation. I found that this investigation was an excuse to use it against me and again, to damage my reputation, my morals and cause me psychologically damages to intimidate me.

3

to wait 4 months and a half (without explanation from the CFA Institute of the timescale) to get a resolution and see if I could continue with my membership or if they would cancel it.

The whole process caused reputational damages in my work too and affected my work performance.

Also, each CFA exam is held in June and the exam lasts 6 hours. This means that a candidate has to start studying well in advance. For CFA Level 1 and Level 2 I had to start in September/October.
Because I was under investigation, I had to wait for the Professional Conduct´s outcome. They threatened me to not being able to continue in the CFA Program and not being able to retake my CFA Level 2 exam again in June 2018. This means:

- What was the point for me to enroll in the CFA exam in September 2017 and start studying if I did not know if I would be able to take part of the CFA Program or I did not know how long they would need to take a resolution?
- I also did not know that if I had paid my exam fees and then Professional Conduct had found me guilty and I could not continue with the Program, maybe they would not refund my exam fees.

This was clearly an abuse of power.

Also, the investigation for "Misrepresentation" was opened on the 1st September 2017. The same month, I filed a claim in the Small Claims Court in the UK against the CFA Institute (before I filed one in the US); and the litigation in the UK lasted from September till November until it was struck out because CFA Institute is not governed by UK laws (as said before, on the 8th Jan 2018 I filed a Money Claim in the right jurisdiction, Charlottesville Money Claim Court).

While the dispute was opened in the UK and before it was struck out; Roy Via, Professional Conduct Investigator, did not find any inconvenience to address me some questions set forth in his letters. I was also able to ask him some questions regarding the Investigation procedure and he kindly helped me with my queries. The first litigation opened in the UK in September 2017, was no barrier to prevent Roy Via, Investigator at the Professional Conduct, to respond my questions or postpone the Investigation
If Professional Conduct did not want to communicate with me because we were in Litigation in the USA, why they did not apply the same procedure while we were in litigation in the UK?

Professional Conduct closed my Investigation on the 11th January 2018, without charges. However, they issued a cautionary letter, which means that CFA Institute can reopen the Investigation and suspend me from the CFA Institute.


## 2- INJURIES

On 8th January 2018 I filed a claim in the Small Money at Charlottesville General District Court after my UK claim was struck out for lack of jurisdiction.

1st Verbal agreement received on 4th August was breached.

to confirm that the investigation was closed without charges; they did not want to mention anything about Mr. Kaiser´s allegations either.

I would be able to show communications between me and Lisa Sharp, Legal Counsel notifying her, prior to sign the settlement of my difficult financial situation due to the CFA accusations.

My last job ended last Winter and my salary was $70000 plus benefits and bonuses (approximately a 10% of my salary, $7000). Approximately I have potentially lost this amount and I will potentially lose more in the long run due to lack of credibility within the London financial services. The Banking industry in London thinks or will think that I am not very professional with high Ethics standards once they check my references with my previous employer and CFA does not want to confirm that they closed the investigation because they could not find any reasonable reasons to accuse me of Misrepresentation.

As said before, our Hearing court date was on 22nd June 2018 and I had to fly to the US to attend the Hearing.

A week earlier Lisa Sharp sent me a settlement agreement, and because I was already flying to the US I asked her to meet in person to clarify some points, specially the one about the retabulation. She refused to meet me and I signed the contract being confident that CFA Institute would comply with the contract.

I tried to resolve the issues amicably face to face, CFA refused to meet in person, instead they made me believe that they would comply with the written settlement agreement they sent. I had to pay $4000 in travel expenses all together that the CFA Institute should pay.

I had already booked the trip before I received the settlement offer and I took the opportunity to fly anyway to meet in person to negotiate and see if I could rely in their words.


I am also requesting $160000 in punitive damages to deter the Cfa Institute from engaging in the same conduct in the future with any other candidate.

CFA institute acted inappropriately:

- After Mr. Jason Kaiser called me, Mr. Geoff Macdonald asked me for a phone call recording to make sure that my allegations were true.

  Mr. Kaiser and Mr. Macdonald work for the same company, in the same building. Mr. Macdonald should make sure to ask Mr. Kaiser first if my allegations were true rather than Mr. Macdonald treating me like a liar and create this type of conspiracy against me.

  Also, CFA Institute said that Mr. Kaiser did not record the telephone conversations, Lisa Sharp, Legal Counsel said that the Customer Service Managers were not recording telephone conversations during the August month. This is a professional malpractice, all Customer Service representatives, specially Managers like Mr. Kaiser, have an obligation to record conversations with customer to keep it in case there are future misunderstandings, like this one.

  Also, CFA Institute recommends high ethics standards to the CFA candidates and members, they recommend to keep a copy of their recordings with clients for 7 years (CFA Institute obliges their candidates to study the CFA Ethics standards). If CFA Institute do not follow the same standard, it means that they are not an exemplary organization.

7

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

PLEASE SEE ADDITIONAL PAGES

_____

_____

_____

_____

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

PLEASE SEE ADDITIONAL PAGES

_____

_____

_____

_____

Page 6

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Dated | Plaintiff's Signature |
|---|---|
| MARIA DEL PILAR | POSE BEIRO |
| First Name          Middle Initial | Last Name |
| CALLE IBIZA 68, 6C | |
| Street Address | |
| MADRID | SPAIN          28009 |
| County, City | State          Zip Code |
|  | pb73266@gmail.com |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

23rd September 2019

Page 7

PRO SE OFFICE

RECEIVED
OCT 04 2019

USM 40LD
SDNY

UNITED STATES DISTRICT COURT
DE THE SOUTHERN DISTRICT OF
PRO SE INTAKE UNIT
THURGOOD MARSHALL US CO.
40 FOLEY SQUARE, ROOM 100
NY, NEW YORK 100
UNITED STATES (USA)

Correos
CARTA CERTIFICADA
INTERNACIONAL
MADRID SUC.21
26/09/19     18:12     RF1834284JES

R