Clerk's Office
U. S. District Court
**FILED**
02/27/2020
Julia C. Dudley, Clerk
By: /s/ Susan Moody
    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| MARIA DEL PILAR POSE BEIRO, | ) |
| Plaintiff, | ) Civil Action No. 3:20CV00004 |
| v. | ) **FINAL ORDER** |
| CFA INSTITUTE, | ) By: Hon. Glen E. Conrad |
| | ) Senior United States District Judge |
| Defendant. | ) |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2), and shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

DATED: This 27th day of February, 2020.

_____
Senior United States District Judge